UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT FOR THE CHEEK CELLS/SALIVA (BUCCAL SWABS) OF JOSHUA JACKSON, DOB 11/22/1975 AND RONNELL LEWIS, DOB 11/10/1973 | * * NO. * * * * * |

\*\*\*\*\*\*\*

**AFFIDAVIT IN SUPPORT OF**
**APPLICATION FOR SEARCH WARRANT**

Your Affiant, Brian M. Treacy, being duly sworn deposes and state as follows:

**INTRODUCTION**

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the person of **JOSHUA JERMAINE JACKSON (JACKSON)**, DOB 11/22/1975, and **RONNELL FRANCIS LEWIS (LEWIS)**, DOB 11/10/1973 in order to retrieve saliva buccal swabs for deoxyribonucleic acid (DNA) testing. **JACKSON** and **LEWIS** are currently incarcerated in the District of Columbia, Department of Corrections, Correctional Treatment Facility in Washington, D.C. I seek to seize this evidence in relation to an investigation of violations of Title 18 U.S.C. § 1951 (Interference with Commerce by Robbery, and Attempt to Interfere with Commerce by Robbery) and 18 U.S.C. § 924(c) (Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence).

2. The applied for warrant would authorize members of the FBI, or their authorized representatives including, but not limited to, other law enforcement agents assisting in the above described investigation, to obtain DNA contained within a saliva sample taken from **JACKSON** and **LEWIS**.

3. I am a law enforcement officer of the United States who is empowered by law to conduct investigations of and make arrests for offenses enumerated in Title 18, United States Code, more specifically; I have been involved in the investigation of criminal violations relating to violent crimes.

4. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), and have been so employed since 2002. I am currently assigned to the Baltimore Division Violent Crimes Cross-Border Task Force ("CBTF"). The CBTF is tasked with combating violent crimes committed by individuals who reside on one side of the border between Maryland and the District of Columbia and commit crimes on the other side of this border. My current duties include investigating violent and threat-based crimes, including, among others, bank robberies and Hobbs Act robberies. During my career as an FBI SA, I have participated in numerous violent crime investigations. In addition, I have received both formal and informal training from the FBI regarding violent crime investigations.

5. Through training, and experience, I understand that DNA may be transferred from an individual to items handled or touched by that individual, and DNA may be transferred from an individual to clothing items worn by that individual. Each individual person has unique DNA, which creates a unique DNA pattern. DNA samples can be collected from a variety of sources, including a person's blood, saliva, semen, or tissue left on another person, surface, or item. When a DNA sample is received from an unknown source, the DNA profiled from that source can be compared to the DNA profile from a known DNA source. The comparison of the known and unknown DNA profiles can indicate whether the source of the known DNA sample is the person who left the unknown DNA sample on the surface where it was collected.

6. Because this Affidavit is being submitted for the limited purpose of establishing

probable cause for the issuance of a search warrant, I have not included every detail of every aspect of the investigation. The information contained in this Affidavit is based upon my personal knowledge, my review of documents and other evidence, and my conversations with other law enforcement officers and other individuals. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge, or the knowledge of others involved in the investigation, about this matter.

7. Based upon the investigation, I believe that the facts set forth in this affidavit establish that there is probable cause to believe that within the District of Maryland and elsewhere, **JACKSON** and **LEWIS** have committed violations of 18 U.S.C. § 1951 Hobbs Act (Commercial Armed Robbery) and that the aforementioned constitutes sufficient probable cause to believe that evidence of the crime described in this affidavit will be found in or on the person to be searched.

## THE ROBBERIES

8. The United States is investigating a pair of armed robberies of commercial establishments committed in Prince George's County, Maryland in the District of Maryland. The investigation concerns possible violations of 18 U.S.C. §§ 1951 and 924(c).

9. On November 22, 2016, at approximately 6:36 p.m., the Prince George's County (Maryland) Police ("PGPD") officers responded to Rocky's Auto located at 6308 Aaron Lane, Clinton, Maryland for a report of a commercial armed robbery and shooting. Upon arrival, officers made contact with Victim 1 who was inside of the business and suffering from gunshot wounds to his face, right shoulder, and right arm. Victim 2 was also on scene and advised the officers that a tan or gold Chrysler Town and Country minivan arrived at the location and three men, each armed with a handgun (Suspects 1, 2 and 3), got out. The suspects ordered both victims to get on the ground, whereupon they were robbed of the money in their pockets and then ordered into the front

office. One of the subjects stated, in sum and substance, "Where is the rest of the money? The girl said you had more money." Victim 2 was bound with zip ties and gagged with duct tape. Victim 1 fought two of the subjects as they attempted to restrain Victim 1. The struggle led into the front office hallway where Suspect 1 fired two rounds at Victim 1, striking Victim 1 both times. One of the suspects stated, "My gun jammed" at some point during the shooting. The suspects returned to the minivan and fled the scene.

10. Suspect 1 was described as a black male, approximately 35-40 years of age, approximately 5'10"-6'0", weighing approximately 200 pounds, with a dark complexion, a black and grey beard, a black jacket, and black pants, and armed with a silver semi-automatic handgun. Suspect 2 was described as a black male, approximately 35 years of age, approximately 5'11"-6'0", weighing approximately 180-200 pounds, with a light complexion, wearing a black ski mask, a black sweater, and black pants, and armed with a black semi-automatic handgun. Suspect 3 was described as a black male, approximately 30 years of age, approximately 5'07"-5'09", weighing approximately 220 pounds, with a light complexion, wearing a gray hooded jacket, and armed with a semi-automatic handgun.

11. Among other items recovered at the scene were two spent projectiles, two .45 caliber shell casings, zip ties used to bind Victim 2, strips of duct tape used to bind Victim 2, and the roll of duct tape from which these strips were taken. Also located in the parking lot at the scene, and photographed, were fresh tire tread impressions. Victim 1 suffered a severe spinal cord injury and is currently paralyzed below the waist.

12. On November 26, 2016, at approximately 5:11 p.m., PGPD officers were notified of a report of a commercial armed robbery at Joe's Old Fashion Barber Shop located at 5833 Martin Luther King Jr. Highway, Seat Pleasant, Maryland. The 9-1-1 caller reported that two

males entered the business, ordered everyone on the ground and robbed them, taking United States currency from the employees that was used to conduct business transactions with customers. The suspects also stole personal wristwatches and a bracelet from the victims. Suspect 1 was described as a black male, approximately mid-30s, approximately 6'0", weighing approximately 220-240, with a light/medium complexion, no mask, wearing a grey hoodie and jeans, armed with a black/brown pistol with an extended magazine. During the robbery, Suspect 1 stated, "You already know what this is. Don't make me have to bust you." Suspect 1 ordered Suspect 2 to search the victims and further stated, "If you have anything Imma bust you." Suspect 2 was described as a black male, in his 40s, with a light complexion, wearing a black coat with a hoodie underneath and blue jeans. The suspects, responding to a horn honk from outside of the business, put the stolen money in a dark single strap duffel bag and fled the location. They entered a waiting minivan and fled up Addison Road towards Central Avenue.

**PROBABLE CAUSE THAT LEWIS AND JACKSON COMMITTED BOTH ROBBERIES**

13. At approximately 5:13 p.m., on November 26, 2016, officers from the Seat Pleasant, Maryland Police Department ("SPPD") located a silver Dodge Caravan minivan, with three occupants in it, in the 6300 block of Addison Road, in Prince Georges County, Maryland, stopped at the Central Avenue traffic light. This location is approximately 0.8 miles from Joe's Barbershop. SPPD checked the status of the license plates displayed on the minivan and found them to have been reported stolen. SPPD activated their emergency equipment and attempted to stop the vehicle. The vehicle refused to stop and fled into Washington, D.C. The vehicle eventually stopped near the intersection of C Street and 54th Street in Southeast Washington, D.C., where three individuals exited the vehicle. The individual who exited the driver's seat of the minivan, subsequently identified as **JACKSON**, was apprehended almost immediately and was

found to be suffering from a gunshot wound (believed to have resulted from the discharge of a firearm by someone within the vehicle, as law enforcement did not fire on the vehicle). A silver/black LG cellular telephone with a damaged screen ("**JACKSON** telephone") was found underneath **JACKSON**'s clothing, in the area where emergency medical personnel had removed **JACKSON**'s clothing to provide medical treatment. The individual who exited the rear of the minivan, subsequently identified as **LEWIS**, was apprehended after a short foot pursuit. A Smith & Wesson M&P 9 millimeter semi-automatic pistol bearing serial number HLK2610, loaded with eight rounds of live ammunition, jammed with the slide to the rear, was recovered from the ground along the path of flight that **LEWIS** took. Swabs taken from the Smith & Wesson 9 mm were later confirmed to contain **LEWIS**' DNA. National Crime Information Center ("NCIC") checks revealed that this firearm was reported stolen in February 2016. A search of **LEWIS** incident to his arrest revealed a Coolpad 3622A cellular telephone ("**LEWIS** telephone"). The third individual, who fled from the front passenger seat, described as a black male wearing jeans, a green shirt and a back pack, escaped.

14. The minivan was searched by the Metropolitan Police Department, Washington, D.C., ("MPDC") pursuant to a search warrant and, among other items, law enforcement discovered two 9 millimeter handguns and a dark single strap duffel bag containing a quantity of United States currency. A Taurus PT92 AFS pistol, bearing serial number TAM87365, containing fifteen live rounds of ammunition, was recovered from the front driver floorboard. A Taurus PT99 AF pistol, with an obliterated serial number, containing a live round in the chamber and twenty live rounds in an attached extended magazine, was recovered from the front passenger floorboard. Examination of the Taurus PT99 AF pistol led to the recovery of the serial number, which was found to be TKA75431. Neither of these firearms have been reported stolen.

15. A search of the **JACKSON** telephone, pursuant to a search warrant, revealed that it was assigned telephone number 202-840-2022, and further revealed the following:

    a. The **JACKSON** telephone contains the password for the Facebook account joshuajackson1122@yahoo.com and the Gmail account joshuajackson1125@gmail.com;

    b. A phonebook contact in the **JACKSON** telephone identifies telephone number 202-793-9051, the number assigned to the **LEWIS** telephone as belonging to "Punkin."

    c. An image created on November 22, 2016, at approximately 10:23:29 p.m. and stored on the **JACKSON** telephone, is a screen shot from the Fox 5 News website captioned "AUTO SHOP SHOOTING CLINTON, MD."

    d. An image created on November 23, 2016 at approximately 1:16:06 p.m. and stored on the **JACKSON** telephone is a screen shot from the Fox 5 News website captioned "AUTO SHOP SHOOTING CLINTON, MD."

16. The minivan recovered after the Joe's Old Fashion Barber Shop armed robbery was stolen from 65 Darrington Street SW, Washington, D.C. between approximately 7:10 a.m. and 8:12 a.m. on November 22, 2016. Historical cell site information for the **LEWIS** telephone indicates that at approximately 7:06:56 a.m. on November 22, 2016, the **LEWIS** telephone was using a cellular tower located at 800 Southern Avenue SE, Washington, D.C., a cell tower which is approximately 0.8 miles from 65 Darrington Street SW. Historical cell site information indicates that at approximately 7:08:44 a.m. on November 22, 2016, **JACKSON**'s telephone was using a cellular tower located at 4601 Martin Luther King Avenue SE, Washington, D.C., which is approximately 0.3 miles from 65 Darrington Street SW. Historical cell site information indicates that at approximately 7:08:44 a.m. on November 22, 2016, **JACKSON**'s telephone was using a cellular tower located at 4601 Martin Luther King Avenue SE, Washington, D.C., which is

approximately 0.3 miles from 65 Darrington Street SW. **LEWIS**' address of record, 72 Galveston Street SW, Washington, DC, is approximately 1,000 feet from 65 Darrington Street SW.

17. The license plate on the minivan recovered after the Joe's Barbershop robbery, Maryland 8CM4916, was stolen from 5402 Macbeth Street, Hyattsville, Maryland sometime between approximately 7:00 a.m. and 1:00 p.m. on November 22, 2016. Historical cell site information obtained for the **LEWIS** telephone indicates that at approximately 11:49:58 a.m. on November 22, 2016, the **LEWIS** telephone was using a cellular tower located at 3001 Hospital Drive, Hyattsville, Maryland. Historical cell site information for the **JACKSON** telephone indicates that on November 22, 2016, at approximately 11:23:08 a.m. and again at approximately 11:23:33 a.m., shows that the **JACKSON** telephone was also using a cellular tower located at 3001 Hospital Drive, Hyattsville, Maryland. This cell tower is located approximately 0.3 miles from 5402 Macbeth Street.

18. Historical cell site information indicates that the **JACKSON** telephone was in the vicinity of Rocky's Auto at approximately the time of the armed robbery. The records show that on November 22, 2016, at approximately 6:33:30 p.m., 6:34:00 p.m., and 6:35:15 p.m. the **JACKSON** telephone was utilizing the cell tower located at 7827 Branch Avenue, Clinton, Maryland. This cell tower is less than 0.4 miles from Rocky's Auto.

19. Historical cell site information also shows **JACKSON**'s telephone connecting with the cell tower located at 7827 Branch Avenue, Clinton, Maryland at approximately 1:32:04 p.m. on November 22, 2016, prior to the robbery and another nearby tower located at 5403 Kirby Road, Clinton, Maryland at approximately 1:36:04 p.m. **LEWIS**' telephone connects with a cell tower at the same location, 5403 Kirby Road, Clinton, Maryland at approximately 1:48:28 p.m., 1:48:33 p.m., 1:48:43 p.m., 1:49:07 p.m., and 1:49:24 p.m. Further analysis reveals that these were the

only times that **LEWIS**' telephone utilized the 5403 Kirby Road cell tower between November 1, 2016 and November 26, 2016.  **JACKSON**'s telephone used the 7827 Branch Avenue cell tower on November 15, 2016 at approximately 7:03:42 a.m. and both the 5403 Kirby Road and 7827 Branch Avenue cell towers on November 22, 2016 as detailed above.  These are the only instances **JACKSON**'s telephone used these towers from November 1, 2016 to November 26, 2016.

20. The search of the **JACKSON** telephone identified several telephone calls that were deleted from the **JACKSON** telephone's call log and several others that were not recovered.  The telephone calls identified in the paragraph above were not recovered from the **JACKSON** telephone.

21. A search of the **LEWIS** telephone revealed the following:

   a. The **LEWIS** telephone stored the password for the email account ronnellflewis5@gmail.com;

   b. A phonebook contact in the **LEWIS** telephone identifies telephone number 202-840-2022 as belonging to "Birdman";

   c. On November 22, 2016, at approximately 5:15:06 p.m., a text message was sent from the **LEWIS** telephone to telephone number 202-867-2512, identified as "Wifee" stating, "Can you imagine what it feels like for a man to not be able to provide/produce for his family!!"

   d. On November 23, 2016, at approximately 11:18:13 a.m. and again at approximately 11:18:29 a.m., the handset visited a website news article on WTTG.com titled, "Man Shot During Auto Repair Shop Robbery in Clinton";

   e. The **LEWIS** telephone's web browsing history revealed that on November 23, 2016, at approximately 11:58:46 a.m., the **LEWIS** telephone visited the *Washington Post* website;

     f.  The web history for the **LEWIS** telephone contained 12 website logs for November 23, 2016, with entries 4 through 12 being the following:

4 Man shot during auto repair shop robbery in Clinton - Story | WTTG
http://www.fox5dc.com/news/localnews/219248982-story
November 23, 2016 10:02:21 PM (UTC- 5)
Chrome

5 Man shot during auto repair shop robbery in Clinton - Story | WTTG
http://www.fox5dc.com/news/localnews/219248982-story
November 23, 2016 10:02:02 PM (UTC-5)
Chrome

6 Man shot during auto repair shop robbery in Clinton - Story | WTTG
http://www.fox5dc.com/news/localnews/219248982-story
November 23, 2016 10:01:40 PM (UTC-5)
Chrome

7 From www.washingtonpost.com
https://www.google.com/amp/s/www.washingtonpost.com/amphtml/local/publicsafety/man-in-critical-condition-aftershooting-in-clintonmd/2016/11/23/f9a3b716-b16e-11e6-be1c-8cec35b1ad25_story.html
November 23, 2016 10:00:29 PM (UTC-5)
Chrome

8 https://www.google.com/amp/embedded#vgi=16_&amp=https%253A%252F%252Fwww.washingtonpost.com%252Famphtml%252Flocal%252Fpublic-safety%252Fmanin-critical-condition-after-shooting-inclintonmd%252F2016%252F11%252F23%252Ff9a3b716-b16e-11e6-be1c-8cec35b1ad25_story.html&ampidx=0
November 23, 2016 10:00:20 PM (UTC-5)
Chrome

9 From www.washingtonpost.com
https://www.google.com/amp/s/www.washingtonpost.com/amphtml/local/publicsafety/man-in-critical-condition-aftershooting-in-clintonmd/2016/11/23/f9a3b716-b16e-11e6-be1c-8cec35b1ad25_story.html
November 23, 2016 11:58:36 AM (UTC-5)
Chrome

10 https://www.google.com/amp/embedded#vgi=16_&amp=https%253A%252F%252Fwww.washingtonpost.com%252Famphtml%252Flocal%252Fpublic-safety%252Fmanin-critical-condition-after-shooting-inclintonmd%252F2016%252F11%252F23%252Ff9a3b716-b16e-11e6-be1c-8cec35b1ad25_story.html&ampidx=0
November 23, 2016 11:58:34 AM (UTC-5)
Chrome

11 Man shot during auto repair shop robbery in Clinton - Story | WTTG
http://www.fox5dc.com/news/localnews/219248982-story
November 23, 2016 11:18:29 AM (UTC-5)
Chrome

12 Man shot during auto repair shop robbery in Clinton - Story | WTTG
http://www.fox5dc.com/news/localnews/219248982-story
November 23, 2016 11:18:13 AM (UTC-5)
Chrome

g. On November 23, 2016, at 9:27:39 p.m., a text message was sent from the **LEWIS** telephone to telephone number 202-713-8089, identified as "Lil Maal" stating, "Ay' do u have a ride? I need u to hold this rocket!" At 9:34:36 p.m., on that same day, a telephone call lasting 50 seconds was placed to "Lil Maal," followed at 9:37:10 p.m. by a return telephone call from "Lil Maal" lasting 11 seconds, and a second return call from "Lil Maal" at 9:53:27 p.m., followed by another visit to the *Washington Post* website at 10:00:29 p.m. and the WTTG article at 10:01:40 p.m.

22. I know from training and experience that a "rocket" is sometimes used as a slang term for a firearm.

23. A review of the *Washington Post* website revealed an article published on November 22, 2016, titled, "Man shot, critically wounded in robbery at business in Prince George's." (https://www.washingtonpost.com/local/public-safety/man-shot-critically-wounded-in-robbery-at-business-in-prince-georges/2016/11/22/9480bb1c-b129-11e6-8616-52b15787add0_story.html?utm_term=.f5e2431a6998)

**PROBABLE CAUSE THAT REQUESTED DNA WILL ASSIST PROSECUTION**

24. The zip ties used to restrain one of the victims of the robbery of Rocky's Auto, referenced in paragraph 10, were swabbed for DNA. Both the zip ties and the swabs were sent to the FBI Laboratory. Examination revealed that male DNA was present on the swabs from the zip

ties. Due to the nature of the DNA recovered from the swabs, the results were ineligible for entry into the Combined DNA Index System (CODIS), therefore a direct comparison must be made with DNA samples taken directly from JACKSON and LEWIS to show more definitively whether either man was the contributor. An elimination DNA sample from the victim was then sent to the FBI Laboratory. Comparison of the victim DNA to the DNA recovered on the swabs was conducted, assuming that the DNA on the swabs originated from two individuals. The Likelihood Ratio, how many times more likely the DNA results from the item are if the known sample, in this case the victim, is a contributor than if they are not a contributor, was 6,000. This result provides moderate support that the victim was one of the contributors of the DNA.

25. A buccal swab is a simple, non-invasive method for collecting a known DNA sample, requiring one or two painless swipes of the oral cavity with a sterile swab.

## CONCLUSION

26. Based on the foregoing, I submit that there is probable cause to believe that a DNA buccal swab of **JACKSON** and **LEWIS** will assist in determining whether either may have touched, or otherwise had contact with, the zip ties used during the Rocky's Auto robbery. Therefore, I respectfully request that a search warrant be issued permitting law enforcement agents to take a buccal swab from **JACKSON** and **LEWIS**.

I declare under penalty of perjury that the foregoing is true and correct.

    Respectfully submitted,

    Brian M. Treacy
    Special Agent
    Federal Bureau of investigation

Subscribed and sworn to before me
on August 24, 2018

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF COLUMBIA